IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00645-MSK-BNB

JOSE C. ALFARO, and
MARTHA ALFARO,

      Plaintiffs,

v.

GENERAL MOTORS CORPORATION,
HONEYWELL, INC. f/k/a ALLIED SIGNAL, INC.
DELCO ELECTRONICS CORPORATION,
DELPHI AUTO SYSTEMS, f/k/a INLAND FISHER GUIDE,
JOHN DOE, and
JOHN DOE, INC.

      Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HONEYWELL, INC., f/k/a ALLIED SIGNAL, INC.

---

THIS MATTER, comes before the Court on the Stipulation for Dismissal with Prejudice as to Defendant Honeywell, Inc., f/k/a Allied Signal, Inc. **(#62)**.  The Court being fully advised in the foregoing,

**ORDERS** that the complaint  is dismissed with prejudice as to Defendant Honeywell, Inc., f/k/a Allied Signal, Inc., each party to pay their own costs.  The caption shall be amended to delete any reference to Defendant Honeywell, Inc., f/k/a Allied Signal, Inc.

Dated this 22nd day of August, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge