IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00645-MSK-BNB

JOSE C. ALFARO, and
MARTHA ALFARO,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION,
DELCO ELECTRONICS CORPORATION,
DELPHI AUTO SYSTEMS, f/k/a INLAND FISHER GUIDE,
JOHN DOE, and
JOHN DOE, INC.,

    Defendants.

---

**ORDER RESETTING HEARING**

---

**IT IS ORDERED** that the Pre-Trial Conference set for **December 19, 2006 at 8:00 a.m.** is **VACATED** and reset to **December 28, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 14th day of November, 2006

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge