**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                          Date: December 28, 2006
Court Reporter:       Darlene Martinez

Civil Action No. 05-cv-00645-MSK

*Parties*:                                                    *Counsel Appearing:*

JOSE C. ALFARO,                                              Stanley Walter
MARTHA ALFARO,

          Plaintiffs,

v.

DELCO ELECTRONICS CORPORATION,
DELPHI AUTOMOTIVE SYSTEMS,

          Defendants.

---

## COURTROOM MINUTES

---

HEARING:   Final Pretrial Conference.

**1:46 p.m.        Court in session.**

Counsel for defendant and defendants are not present.

Statement by plaintiff's counsel regarding status of this case as relates to the bankruptcy court.

The Court inquires of counsel regarding the bankruptcy status.

**ORDER:**      Defendant GMC's Motion for Entry of Judgment under Rule 54 (b) (Doc. #85) is
**GRANTED.**  A judgment under Rule 54(b) will enter as to GMC.  The remaining
litigation in case no. 05-cv-00645 will be closed, subject to be reopened upon
appropriate motion.  The trial scheduled for March 19, 2007 is **VACATED.**

**1:59 p.m.        Court in recess.**

**Total Time:   13  minutes.
Hearing concluded.**